**WO**    IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Malcolm Carl Young,<br><br>　　　　　　Defendant. | CR-08-189-PHX-JAT<br><br>ORDER OF DETENTION |

　　　In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

　　　The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

　　　Defendant does not dispute the information contained in the Pretrial Services Report.

　　　By clear and convincing evidence defendant is a flight risk and requires detention pending trial.

　　　At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

　　　IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

/ / /

/ / /

/ / /

/ / /

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility.  Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the Magistrate on duty to set a detention hearing.  A determination as to whether or not the defendant is to be released will be made at the scheduled hearing.  If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage."

DATED this 8th day of April, 2008.

_____
Edward C. Voss
United States Magistrate Judge